

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah A. Lyons | Civil Action No.   13cv0011-LAB-KSC |
| **Plaintiff,** | |
| V. | |
| Michael & Associates; Attorney Lina | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the defendants motion to dismiss is granted. Plaintiff's claims are dismissed and this action is dismissed with prejudice..................................................................................................................

Date:       8/30/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/  K. Johnson
, Deputy