Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
(619) 233-7770
(619) 297-1022

Attorneys for Deborah A. Lyons

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah A. Lyons<br><br>                    Plaintiff,<br><br>v.<br><br>Michael & Associates; and,<br>Attorney Lina<br><br>                    Defendants. | **Case No: 13-CV-0011-LAB-KSC**<br><br>**Notice of Appeal** |

1  Notice is hereby given that Plaintiff Deborah A. Lyons appeals to the United
2  States Courts for the Ninth Circuit from an order of the Honorable District Judge
3  Larry A. Burns of the United States District Court for the Southern District of
4  California, entered in this action on August 29, 2013, granting Defendants' motion
5  pursuant to Fed. R. Civ. P. 12(b)(6), District Court Docket # 10, and signed by the
6  court on August 28, 2013.

Respectfully submitted,

**Hyde & Swigart**

Date: September 20, 2013          By:/s/ Robert L. Hyde
                                  Robert L. Hyde
                                  Attorneys for Plaintiff